[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.] ORDER
A default has been previously entered against the defendant, Doreen Benjamin, only. At this hearing in damages, the court finds that the plaintiff suffered damages as follows:
 Storage — $ 1,200.00 Moving — 3,000.00 Oil — 250.00 Septic — 150.00 CT Page 1270 Filter — 106.00 Lawn Care — 285.00 Mortgage Interest — 3,000.00 Reduced Sales Price — 4,635.00
$ 12,626.00
Plus court costs of $655.22 and attorney's fees of $10,172.80.
Therefore, judgment may enter for the plaintiff and against the defendant, Doreen A. Benjamin, as set out above.
Kremski, J.T.R.